Remanded from United States Supreme Court June 23, 1983,
affirmed January 18, reconsideration denied February 24,
petition for review denied March 27, 1984 (296 Or 712)

## STATE OF OREGON,
*Respondent,*

*v.*

## JAMES E. BRADSHAW,
*Appellant.*

(20-414; CA A20459)

674 P2d 1190

Gary D. Babcock, Public Defender, Salem, argued the cause for appellant.

David B. Frohnmayer, Attorney General, Salem, argued the cause for respondent.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

**PER CURIAM**

In *State v. Bradshaw,* 54 Or App 949, 636 P2d 1011 (1981), *rev den* 292 Or 568 (1982), we determined that, under *Edwards v. Arizona,* 451 US 477, 101 S Ct 1880, 68 L Ed 2d 378 (1981), the trial court erred in admitting statements made by the defendant after he had requested an attorney. The United States Supreme Court reversed and remanded. *Oregon v. Bradshaw,* ___ US ___, 103 S Ct 2830, 77 L Ed 2d 405 (1983).

We denied defendant's motion to file supplemental briefs and to make additional argument based on Article I, section 12, of the Oregon Constitution. The proffered argument was not made in the trial court. Defendant's brief raises no other issues. Pursuant to the United States Supreme Court's decision, defendant's conviction is affirmed.

Affirmed.